**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Edward C. Humphreys,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Midland Credit Management, Inc.,<br><br>　　　　Defendant.<br>_____<br><br>Mary Humphreys,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Midland Credit Management, Inc.<br><br>　　　　Defendant.<br>_____ | No. CV-09-1116-PHX-GMS<br>No. CV-09-1156-PHX-GMS<br>(Consolidated)<br><br>**ORDER** |

　　　Pending before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. 25). Pursuant to the Court's Order (Doc. 24) filed on June 1, 2010, this action was dismissed with prejudice on July 2, 2010. Therefore,

　　　**IT IS HEREBY ORDERED** taking no action on the Stipulation (Doc. 25).

　　　DATED this 2nd day of August, 2010.

_____
G. Murray Snow
United States District Judge